THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR17-236-RSL |
| Plaintiff, | |
| v. | (~~Proposed~~) ORDER OF DISMISSAL |
| INOCENCIO VASQUEZ-MARTINEZ, | |
| Defendant. | |

Upon motion by the United States of America, requesting the dismissal without prejudice of Defendant Inocencio Vasquez-Martinez, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; this Court, having reviewed the entirety of the files herein, hereby ORDERS,

The Information in the above-entitled cause is DISMISSED WITHOUT PREJUDICE as to Defendant Inocencio Vasquez-Martinez.

//
//
//
//

ORDER OF DISMISSAL/
*United States v. Vasquez-Martinez*; CR17-236 - 1

1    The Clerk of the Court is directed to provide a copy of this Order of Dismissal to

2  the United States Marshal's Service.

3       Dated this 21st day of November 2017.

4

5                                                    MMSClasnK

6

7                                        United States District Court Judge

8  Presented by:

9

10
   /s/ Lyndsie R. Schmalz
11  LYNDSIE R. SCHMALZ
   Assistant United States Attorney
12  700 Stewart Street, Suite 5220
13  Seattle, Washington 98101

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DISMISSAL/
*United States v. Vasquez-Martinez;* CR17-236 - 2